# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>v.<br><br>LEVI AKAI LIVINGSTONE,<br><br>                         Defendant. | Criminal No. 06-056 (JRT/AJB)<br>Civil No. 10-2138 (JRT)<br><br>**ORDER** |

___

Tom Hollenhorst, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Levi Akai Livingstone, #12673-041, FCI-Pekin, Post Office Box 5000, Pekin, IL 61555, *pro se* defendant.

Defendant has filed a motion to vacate, set aside or correct the sentence pursuant to 28 U.S.C. § 2255 [Docket No. 118]. **IT IS HEREBY ORDERED** that the government shall respond to the said motion by June 24, 2010.

DATED: June 3, 2010
at Minneapolis, Minnesota.
                                                                                        s/ John R. Tunheim
                                                                                     JOHN R. TUNHEIM
                                                                     United States District Judge